BEFORE THE SECOND DIVISION, DECEMBER 27, 1948

**No. 52769.**—J. J. Gavin & Co. et al. *v.* United States, protests 547454–G, etc. (New York).

Opinion by RAO, J.   The protests were dismissed.

**No. 52770.**—Coudurier, Fructus & Devigne et al. *v.* United States, protests 912635–G, etc. (New York).

Opinion by RAO, J.   The protests were dismissed.

**No. 52771.**—Max Littwitz, Inc., et al. *v.* United States, protests 140471–K, etc. (New York).

Opinion by RAO, J.   The protests were dismissed.

BEFORE THE THIRD DIVISION, DECEMBER 29, 1948

**No. 52772.**—D. P. Brown & Company *v.* United States, protest 56301–K (Philadelphia).

Opinion by EKWALL, J.   In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein.   (See *John Barr* v. *United States*, 324 U. S. 83.) In accordance therewith it was held that the currency of the invoice should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on entry 7087.   The protest was sustained to this extent.

**No. 52773.**—T. M. Duche & Sons, Inc., et al. *v.* United States, protests 63506–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52774.**—A. S. Leather Co. et al. *v.* United States, protests 70950–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52775.**—Willard Hawes & Co., Inc., et al. *v.* United States, protests 126983–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.